IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DENNIS LOCK**,

    Plaintiff,

  v.

**UNITED STATES**,

    Defendant.

_____

**Civ. No. 6:14-cv-00644-MC**

**OPINION AND ORDER**

**MCSHANE, Judge**:

  Plaintiff, *pro se*, filed a complaint against the United States on April 18, 2014. Pl.'s Compl. 1–7, ECF No. 1. On April 29, 2014, this Court issued an opinion dismissing plaintiff's complaint for failure to state a claim. Order 1–4, Apr. 29, 2014, ECF No. 5. In consideration of plaintiff's *pro se* status, this Court granted plaintiff until May 29, 2014 "to file an amended complaint curing the deficiencies identified." *Id*. at 4. Plaintiff has not taken additional action since that time. Accordingly, because plaintiff failed to comply with this Court's order, ECF No. 5, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

  DATED this 24th day of June, 2014.

      _____s/ Michael J. McShane_____
         **Michael J. McShane**
        **United States District Judge**

1 – OPINION AND ORDER